## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ANTWAN D MCKNIGHT, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | 3:15-CV-01647-K |
| | § | |
| MTC et al., | § | |
| Defendants. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed November 30th, 2015.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE